Argued and submitted September 17, remanded for resentencing November 3, 1982

STATE OF OREGON,
*Respondent,*

*v.*

GEORGE WILLIAM GRANT,
*Appellant.*

(No. 81-1048, CA A23557)

653 P2d 242

Ernest E. Estes, Deputy Public Defender, Salem, argued the cause for appellant. With him on the briefs was Gary D. Babcock, Public Defender, Salem.

Kay Kiner James, Assistant Attorney General, Salem, argued the cause for respondent. With her on the briefs were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

Defendant was found guilty of the crimes of robbery in the first degree (three counts), ORS 164.415; being an ex-convict in possession of a firearm, ORS 166.270; unauthorized use of a vehicle, ORS 164.135; and attempted assault in the first degree, ORS 163.185. All of the charges arose out of the same episode and the assault and the robberies involved the use of a firearm. On the robbery convictions, defendant was sentenced to 20 years with a ten-year minimum term pursuant to ORS 161.610. He contends that the trial court was without authority to impose the ten-year minimum sentence.

ORS 161.610(5)(a) and (b) provide:

"The minimum terms of imprisonment for felony convictions in which the court finds that the defendant used or threatened to use a firearm shall be as follows:

"(a) Except as provided in subsection (6) of this section, upon the first conviction for such felony, five years.

"(b) Upon conviction for such felony committed after punishment pursuant to paragraph (a) of this subsection, 10 years."

ORS 161.610(5)(b) requires the court to impose a ten-year minimum term on a conviction for a felony involving use of a firearm only when defendant has been convicted previously and punished under ORS 161.610(5)(a). The state concedes that the record in this case discloses that no such previous conviction exists.

Remanded for resentencing on the defendant's robbery convictions.